IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| Center for Biological Diversity, a non-profit corporation<br><br>Plaintiff,<br><br>vs.<br><br>Debra Haaland, in her official capacity as Secretary of Interior, et al.,<br><br>Defendants. | CIVIL CASE 21-00017<br><br><br><br>**SCHEDULING NOTICE** |

The Civil Local Rules (CVLR) establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to process cases in this Court.

Pursuant to CVLR 16-1 and CVLR 26, it is hereby ORDERED that:

1. Counsel of record and all pro se litigants that have appeared in the case must meet and confer, no later than twenty-one (21) days prior to the Scheduling Conference set forth in paragraph 4 below, prior to commencing discovery.

2. A Scheduling and Planning Conference Report (the Report) shall be filed on or before **October 12, 2021.** Careful and immediate attention should be given to the directions in CVLR 16-1 and CVLR 26 to ensure complete and timely compliance with

Federal Rules of Civil Procedure 16(b) and 26(f), and the Local Rules.

3. Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Report. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of the Report may result in the imposition of sanctions.

4. A Scheduling Conference shall be held on **October 26, 2021 at 10:00 a.m.** before the Magistrate Judge.

5. Counsel are reminded that:

    a) The filing of motions does not postpone discovery.

    b) CVLR 37 governs discovery disputes and motions.

    c) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue. See CVLR 5.

Dated: September 1, 2021.

JEANNE G. QUINATA, Clerk of Court

By: /s/ Francine A. Diaz
FRANCINE A. DIAZ
Deputy Clerk